# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| GINA ANN JOROMAT,<br>　　Plaintiff,<br>　　v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>　　Defendant. | No. 5:19-cv-02441-GJS<br><br>**[PROPOSED]**<br>**JUDGMENT OF REMAND** |

　　The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: July 10, 2020

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE